436 A.2d 178

COMMONWEALTH of Pennsylvania, Appellee,

v.

Norman M. JACKSON, Appellant.

Supreme Court of Pennsylvania.

Submitted Sept. 14, 1981.

Decided Oct. 29, 1981.

6. This acronym stands for the drug phencyclidine.

112

Norman M. Jackson, pro se.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

LARSEN, Justice.

 In this appeal from the denial of post-conviction relief, appellant raises four issues: 1) the trial court erred in not suppressing his confession which was obtained as a result of unnecessary delay between his arrest and arraignment; 2) appellant's counsel was ineffective for failing to raise the issue of unnecessary delay between his arrest and arraignment; 3) the PCHA court erred in appointing an attorney to represent appellant from the same office as the attorneys that represented him at trial and on appeal; and 4) the delay of approximately six years in this resolution of his PCHA petition is a violation of his due process rights. We have reviewed the record and find these contentions to be entirely without merit.

Accordingly, the order of the court below is affirmed.